606

No. 757. PRUDENCE REALIZATION CORP. *v.* GEIST, TRUSTEE. January 5, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Irving L. Schanzer* for petitioner. *Mr. A. Joseph Geist* for respondent.

No. 772. BRILLHART, ADMINISTRATOR, *v.* EXCESS INSURANCE Co. January 5, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. Clarence C. Chilcott* for petitioner. *Mr. Paul R. Stinson* for respondent.

No. 596. IRVINE *v.* SPAETH, COMMISSIONER OF TAXATION. See *ante,* p. 575.

No. 177. SPAULDING *v.* SANFORD, WARDEN. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. MR. JUSTICE DOUGLAS and MR. JUSTICE JACKSON took no part in the consideration and decision of these applications. *J. O. Spaulding, pro se. Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for respondent.

No. 198. VANCE *v.* SANFORD, WARDEN. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Joe Vance,*

*pro se. Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* for respondent.

No. 216. SWEETNEY *v.* JOHNSTON, WARDEN. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Clarence Mackel Sweetney, pro se. Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for respondent.

No. 273. LOVVORN *v.* JOHNSTON, WARDEN. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *James A. Lovvorn, pro se. Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for respondent.

No. 276. BROWN ET AL. *v.* FEDERAL LAND BANK OF LOUISVILLE, KY. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Messrs. Samuel E. Cook* and *Walter L. Clements* for petitioners. *Assistant Solicitor General Fahy* and *Messrs. Mastin G. White* and *Robert K. McConnaughey* for respondent.

No. 297. MOYER *v.* HINES, ADMINISTRATOR OF VETERANS AFFAIRS. October 13, 1941. Petition for writ of